| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Sharon L. Wilson<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9075<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:   7   9/25/19 |
| Case number: | 19–28216–ABA | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sharon L. Wilson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4823 Chestnut Avenue<br>Pennsauken, NJ 08109–2212 | |
| 4. | **Debtor's attorney**<br>Name and address | Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Contact phone 856–546–9696 |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 401 Market Street<br>Camden, NJ 08102 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. (800) 676–6856 | Additional information may be available at the Court's Web Site:<br><u>www.njb.uscourts.gov</u>. | Contact phone 856–361–2300<br><br>Date: 12/13/19 |
| 7. | **Meeting of creditors** | **February 7, 2020 at 01:00 PM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 4/7/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　page **2**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 19-28216-ABA
Sharon L. Wilson                                                Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                   Date Rcvd: Dec 13, 2019
                               Form ID: 309A               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Sharon L. Wilson,    4823 Chestnut Avenue,    Pennsauken, NJ 08109-2112
aty            +Stephanie F. Ritigstein,    Jenkins and Clayman,    412 White Horse Pike,
                 Audubon, NJ 08106-1311
518497769      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518603507      +Citibank NA,    6716 Grade Ln Bldg,    Ste 910 PY Dept,    Louisville KY 40213-3410
518603506       Citibank NA,    5800 S Cooper PL,    Siousx Falls SD 57106-5027
518600598       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518546803      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518603501      +Denise Carlon, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518476408       Discover Bank,    c/o Megan Shartor,    PO Box 1398,    Reynoldsburg, OH 43068-6398
518476413       Moorestown Dental Associates, LLC,    110 Marter Ave,   Suite 204,    Moorestown, NJ 08057-3124
518476414       PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
518603309      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
518602856       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518476416      +Sprains, Strains & Fractures LL,    PO Box 168,    Haddonfield, NJ 08033-0278
518533754       State of New Jersey,    Division of Taxation,    PO Box 445,   Trenton, NJ 08695-0445
518533763       Wawa/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jenkins.clayman@verizon.net Dec 14 2019 00:01:09      Eric Clayman,
                 Jenkins & Clayman,    412 White Horse Pike,    Audubon, NJ  08106
tr             +EDI: QBTHOMAS.COM Dec 14 2019 04:28:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2019 00:03:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2019 00:03:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518533755       EDI: CAPITALONE.COM Dec 14 2019 04:28:00      Capital One Bank USA NA,    PO BOX 85015,
                 Richmond, VA 23285-5075
518533750       E-mail/Text: bankruptcy@cunj.org Dec 14 2019 00:03:37      Credit Union of New Jersey,
                 7 Dunmore Avenue,    Ewing NJ 08618-1937
518552908      +EDI: AIS.COM Dec 14 2019 04:28:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518476406      +EDI: CCS.COM Dec 14 2019 04:28:00      Comcast Cable,   c/o CCS,    Payment Processing Center,
                 PO Box 55126,    Boston, MA 02205-5126
518476407       EDI: COMCASTCBLCENT Dec 14 2019 04:28:00      Comcast Xfinity,    PO Box 70219,
                 Philadelphia, PA 19176-0219
518533757      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 23:59:06      Credit One Bank,
                 c/o LVNV Funding/Resurgent,    Capital,    PO Box 1269,   Greenville, SC 29602-1269
518533756      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2019 23:58:59      Credit One Bank,
                 6801 South Cimarron Road,    Las Vegas, NV 89113-2273
518476409      +EDI: PHINGENESIS Dec 14 2019 04:28:00      Genesis FS Card Services,    PO Box 4477,
                 Beaverton, OR 97076-4401
518533753       EDI: IRS.COM Dec 14 2019 04:28:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
518533759      +EDI: PHINGENESIS Dec 14 2019 04:28:00      Indigo - Celtic Bank,    PO Box 4499,
                 Beaverton, OR 97076-4499
518476410      +EDI: RMSC.COM Dec 14 2019 04:28:00      JTV,   9600 Parkside Drive,    Knoxville, TN 37922-2201
518569034      +EDI: CBSMASON Dec 14 2019 04:28:00      K. Jordan,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518506976       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 23:59:05      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518565304      +EDI: CBSMASON Dec 14 2019 04:28:00      Massey's,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518476411       EDI: CBSMASON Dec 14 2019 04:28:00      Masseys,    PO Box 2822,    Monroe, WI 53566-8022
518476412      +EDI: CBS7AVE Dec 14 2019 04:28:00      Montgomery Ward,    1112 7th Avenue,
                 Monroe, WI 53566-1364
518569032      +EDI: CBS7AVE Dec 14 2019 04:28:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518476415      +EDI: CONVERGENT.COM Dec 14 2019 04:28:00      PSE&G,    c/o Convergent Outsourcing, Inc.,
                 800 SW 39th Street,    PO BOX 9004,    Renton, WA 98057-9004
518533760      +E-mail/Text: compliance@contractcallers.com Dec 14 2019 00:04:52      PSE&G,
                 c/o Contract Callers, Inc.,    501 Green Street,   3rd Floor, Suite 302,
                 Augusta, GA 30901-4415
518575330       EDI: Q3G.COM Dec 14 2019 04:28:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
518533751       E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2019 00:04:52
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518533762      +EDI: CBS7AVE Dec 14 2019 04:28:00      Swiss Colony/Montgomery Ward,    1515 S. 21st Street,
                 Clinton, IA 52732-6676
518476417       EDI: TDBANKNORTH.COM Dec 14 2019 04:28:00      TD Bank, NA,    PO Box 9547,
                 Portland, ME 04112-9547
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: 309A              Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518533752        +EDI: WFFC.COM Dec 14 2019 04:28:00       Wells Fargo Dealer Services,   PO BOX 1697,
                  Winterville, NC 28590-1697
                                                                                                   TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518533758*       ++CREDIT UNION OF NEW JERSEY,   1301 PARKWAY AVE,    EWING NJ 08628-3010
                   (address filed with court: Credit Union of New Jersey,    7 Dunmore Avenue,
                   Ewing, NJ 08618-1937)
518533761*       +Sprains, Strains & Fractures LL,    PO Box 168,   Haddonfield, NJ 08033-0278
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0