UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sharon L. Wilson

Case No.: 19-28216
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

___Brian S. Thomas___, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___04/20/20___ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
4 Fairmount Drive
Willingboro, NJ
Value $179,679.00

Liens on property:
PNC Bank
$165,000.00
Select Portfolio
$10,213.00

Amount of equity claimed as exempt: $4,000.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                              Case No. 19-28216-ABA
Sharon L. Wilson                                                    Chapter 7
       Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Mar 17, 2020
                               Form ID: pdf905              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db             +Sharon L. Wilson,    4823 Chestnut Avenue,    Pennsauken, NJ 08109-2112
518497769      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518603507      +Citibank NA,    6716 Grade Ln Bldg,    Ste 910 PY Dept,    Louisville KY 40213-3410
518603506       Citibank NA,    5800 S Cooper PL,    Siousx Falls SD 57106-5027
518600598       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518546803      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,     766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518603501      +Denise Carlon, Esquire,    KML Law Group, P.C.,     216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518476408       Discover Bank,    c/o Megan Shartor,    PO Box 1398,    Reynoldsburg, OH 43068-6398
518476413       Moorestown Dental Associates, LLC,     110 Marter Ave,    Suite 204,    Moorestown, NJ 08057-3124
518476414       PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
518603309      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
518602856       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518476416      +Sprains, Strains & Fractures LL,     PO Box 168,    Haddonfield, NJ 08033-0278
518533754       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
518533763       Wawa/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518533752      +Wells Fargo Dealer Services,    PO BOX 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:35      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518533755       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 00:59:21
                 Capital One Bank USA NA,    PO BOX 85015,    Richmond, VA 23285-5075
518533750       E-mail/Text: bankruptcy@cunj.org Mar 18 2020 01:05:14      Credit Union of New Jersey,
                 7 Dunmore Avenue,    Ewing NJ 08618-1937
518552908      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2020 01:18:15
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518476406      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 18 2020 01:06:36      Comcast Cable,
                 c/o CCS,   Payment Processing Center,    PO Box 55126,   Boston, MA 02205-5126
518476407       E-mail/Text: documentfiling@lciinc.com Mar 18 2020 01:03:31      Comcast Xfinity,    PO Box 70219,
                 Philadelphia, PA 19176-0219
518533757      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 01:00:20      Credit One Bank,
                 c/o LVNV Funding/Resurgent,    Capital,   PO Box 1269,   Greenville, SC 29602-1269
518533756      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 18 2020 01:00:14      Credit One Bank,
                 6801 South Cimarron Road,    Las Vegas, NV 89113-2273
518476409      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 18 2020 01:06:56      Genesis FS Card Services,
                 PO Box 4477,    Beaverton, OR 97076-4401
518533753       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 18 2020 01:04:46      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
518533759      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 18 2020 01:06:56      Indigo - Celtic Bank,
                 PO Box 4499,    Beaverton, OR 97076-4499
518476410      +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 01:01:02      JTV,   9600 Parkside Drive,
                 Knoxville, TN 37922-2201
518569034      +E-mail/Text: bankruptcy@sccompanies.com Mar 18 2020 01:03:16      K. Jordan,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518506976       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 01:15:24      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518565304      +E-mail/Text: bankruptcy@sccompanies.com Mar 18 2020 01:03:16      Massey's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518476411       E-mail/Text: bankruptcy@sccompanies.com Mar 18 2020 01:03:16      Masseys,   PO Box 2822,
                 Monroe, WI 53566-8022
518476412      +E-mail/Text: bankruptcy@sccompanies.com Mar 18 2020 01:06:57      Montgomery Ward,
                 1112 7th Avenue,    Monroe, WI 53566-1364
518569032      +E-mail/Text: bankruptcy@sccompanies.com Mar 18 2020 01:06:57      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518476415      +E-mail/Text: convergent@ebn.phinsolutions.com Mar 18 2020 01:06:05      PSE&G,
                 c/o Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO BOX 9004,   Renton, WA 98057-9004
518533760      +E-mail/Text: compliance@contractcallers.com Mar 18 2020 01:06:54      PSE&G,
                 c/o Contract Callers, Inc.,    501 Green Street,   3rd Floor, Suite 302,
                 Augusta, GA 30901-4415
518575330       E-mail/Text: bnc-quantum@quantum3group.com Mar 18 2020 01:05:20
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
518533751       E-mail/Text: jennifer.chacon@spservicing.com Mar 18 2020 01:06:55
                 Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
518533762      +E-mail/Text: bankruptcy@sccompanies.com Mar 18 2020 01:06:57      Swiss Colony/Montgomery Ward,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
518476417       E-mail/Text: bankruptcy@td.com Mar 18 2020 01:05:38      TD Bank, NA,   PO Box 9547,
                 Portland, ME 04112-9547
                                                                                              TOTAL: 25
```

```
District/off: 0312-1            User: admin                 Page 2 of 2                   Date Rcvd: Mar 17, 2020
                                Form ID: pdf905             Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518533758*     ++CREDIT UNION OF NEW JERSEY,    1301 PARKWAY AVE,      EWING NJ 08628-3010
                 (address filed with court:  Credit Union of New Jersey,    7 Dunmore Avenue,
                 Ewing, NJ 08618-1937)
518533761*      +Sprains, Strains & Fractures LL,    PO Box 168,    Haddonfield, NJ 08033-0278
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Sharon L. Wilson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Sharon L. Wilson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```