**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sharon L. Wilson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9075<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–28216–ABA | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon L. Wilson

6/5/20                                                                 **By the court:**    Andrew B. Altenburg Jr.
                                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 19-28216-ABA
Sharon L. Wilson                                                        Chapter 7
           Debtor               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jun 05, 2020
                              Form ID: 318                 Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db             +Sharon L. Wilson,    4823 Chestnut Avenue,    Pennsauken, NJ 08109-2112
518533750     ++CREDIT UNION OF NEW JERSEY,     1301 PARKWAY AVE,    EWING NJ 08628-3010
                (address filed with court: Credit Union of New Jersey,      7 Dunmore Avenue,
                Ewing NJ 08618-1937)
518603507      +Citibank NA,    6716 Grade Ln Bldg,    Ste 910 PY Dept,    Louisville KY 40213-3410
518603506      Citibank NA,    5800 S Cooper PL,    Siousx Falls SD 57106-5027
518600598      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518546803     +Credit Union of New Jersey,     c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
518603501     +Denise Carlon, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518476408      Discover Bank,    c/o Megan Shartor,    PO Box 1398,    Reynoldsburg, OH 43068-6398
518497769     ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
                (address filed with court: COMCAST,     PO BOX 1931,    Burlingame, CA 94011)
518476413      Moorestown Dental Associates, LLC,     110 Marter Ave,    Suite 204,    Moorestown, NJ 08057-3124
518476414      PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
518603309     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
518602856      PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518476416     +Sprains, Strains & Fractures LL,    PO Box 168,     Haddonfield, NJ 08033-0278
518533754      State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
518533763      Wawa/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Jun 06 2020 06:23:00      Brian Thomas,    Brian Thomas, Esq,
                327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:30:28      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:30:23      United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518533755       EDI: CAPITALONE.COM Jun 06 2020 06:23:00      Capital One Bank USA NA,    PO BOX 85015,
                Richmond, VA 23285-5075
518552908      +EDI: AIS.COM Jun 06 2020 06:23:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518476406      +EDI: CCS.COM Jun 06 2020 06:23:00      Comcast Cable,    c/o CCS,   Payment Processing Center,
                PO Box 55126,    Boston, MA 02205-5126
518476407       EDI: COMCASTCBLCENT Jun 06 2020 06:23:00      Comcast Xfinity,    PO Box 70219,
                Philadelphia, PA 19176-0219
518533757      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:27:10      Credit One Bank,
                c/o LVNV Funding/Resurgent,    Capital,    PO Box 1269,    Greenville, SC 29602-1269
518533756      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:26:16      Credit One Bank,
                6801 South Cimarron Road,    Las Vegas, NV 89113-2273
518476409      +EDI: PHINGENESIS Jun 06 2020 06:23:00      Genesis FS Card Services,    PO Box 4477,
                Beaverton, OR 97076-4401
518533753       EDI: IRS.COM Jun 06 2020 06:23:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
518533759      +EDI: PHINGENESIS Jun 06 2020 06:23:00      Indigo - Celtic Bank,    PO Box 4499,
                Beaverton, OR 97076-4499
518476410      +EDI: RMSC.COM Jun 06 2020 06:23:00      JTV,    9600 Parkside Drive,    Knoxville, TN 37922-2201
518569034      +EDI: CBSMASON Jun 06 2020 06:23:00      K. Jordan,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
518497769       EDI: LCIFULLSRV Jun 06 2020 06:23:00      COMCAST,    PO BOX 1931,    Burlingame, CA 94011
518506976       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:26:23      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518565304      +EDI: CBSMASON Jun 06 2020 06:23:00      Massey's,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
518476411       EDI: CBSMASON Jun 06 2020 06:23:00      Masseys,    PO Box 2822,    Monroe, WI 53566-8022
518476412      +EDI: CBS7AVE Jun 06 2020 06:23:00      Montgomery Ward,    1112 7th Avenue,
                Monroe, WI 53566-1364
518569032      +EDI: CBS7AVE Jun 06 2020 06:23:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
518476415      +EDI: CONVERGENT.COM Jun 06 2020 06:23:00      PSE&G,    c/o Convergent Outsourcing, Inc.,
                800 SW 39th Street,    PO BOX 9004,    Renton, WA 98057-9004
518533760      +E-mail/Text: compliance@contractcallers.com Jun 06 2020 03:32:05      PSE&G,
                c/o Contract Callers, Inc.,    501 Green Street,    3rd Floor, Suite 302,
                Augusta, GA 30901-4415
518575330       EDI: Q3G.COM Jun 06 2020 06:23:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                PO Box 788,    Kirkland, WA 98083-0788
518533751       E-mail/Text: jennifer.chacon@spservicing.com Jun 06 2020 03:32:05
                Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518533762      +EDI: CBS7AVE Jun 06 2020 06:23:00      Swiss Colony/Montgomery Ward,    1515 S. 21st Street,
                Clinton, IA 52732-6676
518476417       EDI: TDBANKNORTH.COM Jun 06 2020 06:23:00      TD Bank, NA,    PO Box 9547,
                Portland, ME 04112-9547
```

```
District/off: 0312-1              User: admin                Page 2 of 2                  Date Rcvd: Jun 05, 2020
                                  Form ID: 318               Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518533752         +EDI: WFFC.COM Jun 06 2020 06:23:00       Wells Fargo Dealer Services,    PO BOX 1697,
                   Winterville, NC 28590-1697
                                                                                                 TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
518533758*      ++CREDIT UNION OF NEW JERSEY,    1301 PARKWAY AVE,    EWING NJ 08628-3010
                 (address filed with court:  Credit Union of New Jersey,    7 Dunmore Avenue,
                   Ewing, NJ 08618-1937)
518533761*       +Sprains, Strains & Fractures LL,    PO Box 168,    Haddonfield, NJ 08033-0278
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Sharon L. Wilson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Sharon L. Wilson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```